J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660
Telephone: (949) 718-6750
Facsimile: (949) 718-6756
Email: office@jmhlaw.com

JS-6

Attorneys for Plaintiff
DEFT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEFT, INC.<br>a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMES RESEARCH LABORATORIES, INC., an Oregon corporation; and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | SACV11-01256 FMO (ANx)<br><br>Hon. Fernando M. Olguin<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** ; ORDER<br><br>Action Filed: August 22, 2011 |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), the parties (through their undersigned attorneys) hereby stipulate to dismiss this action with prejudice. This stipulation of dismissal, is signed by all parties who have appeared.

So stipulated:

Defendant Ames Research

Dated: 3/4/13

By: Thomas C. Sanford, Esq.
Attorney for Defendant Ames Research Laboratories, Inc.

Plaintiff Deft, Inc

Dated: 3/6/13

J. Mark Holland
J. MARK HOLLAND & ASSOCIATES
Attorney for PLAINTIFF DEFT, INC.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: March 8, 2013        /s/ Fernando M. Olguin
                            United States District Court

Z:\Winword\DEFTC\L3118 1\Pleadings\Stipulation of Dismissal.doc

STIPULATION OF DISMISSAL
Civ. Action No. SACV11-01256 FMO (ANx)